No. 3748.—Fontanez, aplte., *v.* Sucn. Buxó, apda.—C. D. Humacao. Nov. 9, 1925. No ha lugar a reconsiderar nuestra resolución de nov. 3, de este año dictada en este caso por no alegarse motivo suficiente para ello; pero en vista de que en la declaración jurada que ahora se nos presenta se acredita que fué pagado el franqueo del pliego que contenía la notificación de apelación de la sentencia dictada en este caso por el tribunal inferior, se deja sin efecto la expresada resolución de 3 de noviembre corriente, y *se declara no haber lugar a desestimar la apelación.*

No. 3737.—Polanco, apdo. v., Rivera et al., apltes. — C. D. Arecibo. Nov. 9, 1925. Desestimado el recurso a instancia del apelado porque habiéndose dictado sentencia en rebeldía en contra del demandado en 27 de junio 1925 y apelado el 9 de julio siguiente, no se practicó gestión alguna tendente a perfeccionar la apelación.

Zapater Martínez, peticionario. Admisión al ejercicio de la abogacía. Nov. 9, 1925. Vista la solicitud y examinada la ley No. 17 aprobada en mayo 20, 1925, para enmendar la sección cuarta de la ley No. 38 determinando reglas para el ejercicio de la profesión de abogado en Puerto Rico, etc., aprobada en 13 de abril, 1916, admítese al peticionario al ejercicio de la abogacía sin examen tan luego haya sido favorablemente recomendado por la Comisión de Reputación.

Emilio M. Vassallo, peticionario. Admisión al ejercicio de la abogacía. Nov. 12, 1925. Vista la solicitud y examinada la ley No. 17, aprobada en mayo 20, 1925, para enmendar la sección 4 de la Ley No. 38 determinando reglas para el ejercicio de la profesión de abogado en Puerto Rico, etc., aprobada en 13 de abril de 1916, admítese al peticionario al ejercicio de la abogacía sin examen tan luego haya sido favorablemente recomendado por la Comisión de Reputación.